## Burr v. Knowles et al.

SPECIFIC PERFORMANCE: CONVEYANCE OF LAND: INSUFFICIENT EVIDENCE.

*Appeal from Black Hawk Circuit Court.*

MONDAY, OCTOBER 10, 1887.

THIS is an action in equity in which the plaintiff seeks the specific performance of an alleged contract for the purchase of certain real estate. The defendant, Sarah Knowles, with whom it is alleged the contract was made, denied that she at any time contracted or agreed to sell the land in controversy to the plaintiff. There was a decree in the circuit court for the defendants. Plaintiff appeals.

*Boies, Husted & Boies*, for appellant.

*C. W. Mullan*, for appellee.

ROTHROCK, J.—The plaintiff claims under a parol contract, and seeks to avoid the statute of frauds by proof that she paid to the defendant the sum of ten dollars as part of the agreed purchase price of the land.

The evidence as to whether any contract was closed between the parties is in conflict. All of the testimony of the witnesses is quite fully set out in the abstract of the appellant, and in an additional abstract filed by the appellees. A careful examination of the whole record leads us to the conclusion that the learned circuit judge correctly held that the evidence did not authorize a decree for the plaintiff. It is useless to set out or discuss the testimony of the witnesses. It is enough to say that we are satisfied with the decree.

AFFIRMED.